IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Moore, Ever | Case Number: 05 B 10314 |
| | Judge: Squires, John H |
| Printed: 01/29/09 | Filed: 3/22/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: January 23, 2009
Confirmed: May 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,073.76 | |
| Secured: | | 3,912.38 |
| Unsecured: | | 4,920.52 |
| Priority: | | 1,147.50 |
| Administrative: | | 2,400.00 |
| Trustee Fee: | | 693.36 |
| Other Funds: | | 0.00 |
| Totals: | 13,073.76 | 13,073.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | John C Dent Ltd. | Administrative | 2,400.00 | 2,400.00 |
| 2. | Corporate America Family CU | Secured | 3,912.38 | 3,912.38 |
| 3. | Illinois Dept of Revenue | Priority | 513.91 | 0.00 |
| 4. | Internal Revenue Service | Priority | 1,135.94 | 1,147.50 |
| 5. | Premier Bankcard | Unsecured | 74.54 | 343.67 |
| 6. | MCSI | Unsecured | 105.00 | 484.13 |
| 7. | Internal Revenue Service | Unsecured | 15.58 | 0.00 |
| 8. | Corporate America Family CU | Unsecured | 330.54 | 1,524.08 |
| 9. | Capital One | Unsecured | 83.35 | 384.33 |
| 10. | RoundUp Funding LLC | Unsecured | 179.46 | 827.42 |
| 11. | Nicor Gas | Unsecured | 120.91 | 557.47 |
| 12. | Capital One | Unsecured | 173.39 | 799.42 |
| 13. | Illinois Dept of Revenue | Unsecured | 16.50 | 0.00 |
| 14. | American Collection Corp | Unsecured | | No Claim Filed |
| 15. | American Credit Collection | Unsecured | | No Claim Filed |
| 16. | MCSI | Unsecured | | No Claim Filed |
| 17. | Consolidated Financial | Unsecured | | No Claim Filed |
| 18. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 19. | Medclr / Emergency 1087 | Unsecured | | No Claim Filed |
| 20. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 21. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 22. | Medical Payment Data | Unsecured | | No Claim Filed |
| 23. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 24. | TCF Bank | Unsecured | | No Claim Filed |
| 25. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 26. | University of Chicago | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Moore, Ever

Printed: 01/29/09

Case Number: 05 B 10314
Judge: Squires, John H
Filed: 3/22/05

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | University of Chicago | Unsecured | | No Claim Filed |
| 28. | University of Chicago | Unsecured | | No Claim Filed |
| 29. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| | | | $ 9,061.50 | $ 12,380.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 29.12 |
| 3% | 32.76 |
| 5.5% | 160.14 |
| 5% | 36.41 |
| 4.8% | 69.80 |
| 5.4% | 176.38 |
| 6.5% | 141.88 |
| 6.6% | 46.87 |
| | $ 693.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

